Wright, as Administrator, Appellant.— Judgment and order of the County Court of Onondaga county affirmed, with costs. Opinion by Hardin, P. J.

Elizabeth Nary, as Administratrix, Respondent, v. New York Ontario and Western Railway Company, Appellant.— Judgment and order affirmed, with costs. Opinion by Merwin, J.

Cora M. Walters, Respondent, v. Mortimer M. Mayhew, as Executor, etc., Appellant.— Judgment and order affirmed, with costs to respondent. Opinion by Hardin, P. J.

Forest G. Weeks, Appellant, v. John E. Waller, Respondent.— Judgment affirmed, with costs, on the opinion of Vann, J., delivered at Special Term.

Michael Dillon, Respondent, v. the City of Syracuse, Appellant.—Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. Opinion by Merwin, J.

Clara L. Doty, Respondent, v. The New York State Mutual Benefit Association of Syracuse, New York Appellant.— Judgment and order affirmed, with costs. Opinion by Martin, J.

Maud Webber, Respondent v. Dorliska B. Vincent and another, Appellants.— Judgment and order affirmed, with costs. Opinion by Merwin, J.

Jeremiah Callaghan, as Administrator, etc., Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.—Judgment and order affirmed, with costs.

Herman Berry, Respondent, v. The American Central Insurance Company of St. Louis, Appellant.—Judgment affirmed, with costs. Opinion by Hardin, P. J.

James Boyle, Respondent, v. William Youmans, Appellant.— Judgment affirmed, with costs. Opinion by Martin, J.

Julia O. Ludington, Respondent, v. George B. Garlock, Appellant.— Judgment of the County Court of Onondaga reversed, and that of the Justice's Court affirmed, with costs. Opinion by Merwin, J.

Silas Graves, Appellant, v. Lula Graves and others, Respondents.— Judgment reversed on the exceptions and a new trial ordered, with costs of the action to abide the event Opinion by Merwin, J. Mem. by Hardin. P. J.

Thomas J. Larkin, Respondent, v. William C. Tabor, Appellant.— Judgment affirmed, with costs. Opinion by Martin, J.

John E. Strickland and others, Respondents, v. Ruth H. Laraway and others, Appellants.— Judgment reversed on the exceptions and a new trial ordered, with costs to abide the event. Opinion by Merwin, J.

Abram M. DeWitt and another, Respondents, v. The Elmira Transfer Railway Company, Appellant. — Interlocutory judgment reversed, with costs, and judgment ordered for the defendant upon the demurrer, with costs, with leave to the plaintiffs to amend their complaint upon payment of the costs of the demurrer and of this appeal. Opinion by Merwin, J.

The People of the State of New York ex rel. Henry W. Stevens, Respondent, v. John Barden, as Mayor of the City of Ithaca, Appellant — Order reversed, with ten dollars costs and disbursements, and motion denied. Memorandum by Hardin. P. J.

Simon D. Paddock, Appellant, v. Patrick Guyder, Respondent.— Order reversed, with ten dollars costs and disbursements, and leave given to the defendant to answer in twenty days upon payment of ten dollars costs of the motion, and the costs and disbursements allowed on appeal. Opinion by Hardin, P. J.

Emma E. Dryer, Respondent, v. Elon G. Brown, as Surviving Executor, etc, Appellant.— Order modified by striking therefrom all provisions as to an amended answer and payment of costs as a condition of serving the same, and by inserting in the order a provision vacating the stipulations as to pleadings and striking out the pleadings had under the stipulation, and as so modified, affirmed, without costs to either party of the motion or upon this appeal Opinion by Hardin. P. J. Memorandum by Martin, J.; Merwin, J., not voting.

William O. Allison, Respondent, v. Harvey N. Loomis and others, Appellants. Impleaded, etc.— Judgment reversed on the exceptions and a new trial ordered before another referee, with costs to abide event. Opinion by Merwin, J.

Albert O. Briggs, Respondent, v. Harvey Austin, Appellant, Impleaded, etc.— Judgment reversed on the exceptions and a new trial ordered, with costs to abide the event. Opinion by Hardin, P. J.

James M. Tator, Appellant, v. Charlotte M. Tator, Respondent Impleaded. etc.— Judgment affirmed, with costs. Opinion by Martin, J.

Margaret Wheeler, Respondent, v. The Continental Insurance Company, Appellant.— Judgment affirmed, ' with costs. Opinion by Merwin, J.

Ira Dwight, Respondent, v. The Elmira, Cortland and Northern Railroad Company, Appellant. — Case sent back for such action or proceeding as counsel may deem advisable. Memorandum by Hardin, P J.

Isaac G. Jenkins, as Receiver of the Firm of Bond & Jenkins, v. Stephen Lefaiver, Respondent, and Ozro M. Bond, Appellant.—Judgment affirmed, with costs. Opinion by Martin, J.

Joshua L. Wadley, Respondent, v. Jacob S. Poucher and Willard Johnson, Appellants.— Judgment affirmed, with costs. Opinion by Merwin, J.

The People of the State of New York, Respondent, v. Daniel Upton, Appellant.— Judgment of the Court of Sessions of Tompkins county affirmed, and the clerk directed to enter judgment and remit certified copy thereof, with the return and decision of this court to the Court of Sessions of Tompkins county, pursuant to sections 547 and 548 of the Code of Criminal Procedure. Opinion by Hardin, P. J.

Eliza W. Brown, Appellant, v. Louisa Danforth, Esther Sanborn, David Wheeler and others.— Judgment reversed on the exceptions and a new trial ordered before another referee, with costs to abide event. Opinion by Martin. J.

Patrick Phillips, Respondent, v. The Rome, Watertown and Ogdensburgh Railroad Company, Appellant.— Judgment affirmed, with costs. Opinion by Hardin, P. J.

Jane R. Pulman, Respondent, v. Caroline Johnson, Appellant.— Judgment affirmed, with costs. Opinion by Hardin, P. J.

Hannah L. Smith, Respondent, v. John Bingham, Appellant — Judgment of the County Court of Otsego county, affirmed, with costs. Opinion by Merwin, J.

Jedediah Hoose, Appellant, v. Solomon S. Alexander, Respondent.— Order reversed, with printing disbursements and motion denied, with ten dollars costs.

Charles B. Preston, Appellant, v. Solomon S. Alexander, Respondent.— Order reversed, with printing disbursements and motion denied, with ten dollars costs.

Linus B. Cobb, Appellant, v. Solomon S. Alexander, Respondent.— Order reversed and attachment amended so that it shall stand for the debt of $420 only and costs, and the motion in other respects denied, without costs.

L. M. Cole, as Administratrix. etc.. Appellant, v. Solomon S. Alexander, Respondent.— Order reversed, with printing disbursements, and motion denied, with ten dollars costs.

Henry Humphries, Respondent, v. Solomon S. Alexander, Appellant.— Order modified so as to allow the attachment to be amended so that